**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IGMA E. CORTES CORTEZ,

      Petitioner,

v.                                                                    Case No. 3:26-cv-544-WWB-MCR

FIELD OFFICE DIRECTOR,
U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,

      Respondent.

---

## ORDER

Through counsel, Petitioner has filed an "Amended Emergency [Motion for] Temporary Restraining Order." (Doc. 11). In the Amended Motion, Petitioner incorporates all allegations and claims raised in his pending Petition and asks that the Court enter an order prohibiting Respondent "from transferring Petitioner outside the State of Florida," or, alternatively, if he has already been transferred, to "return [him] to the State of Florida, and to a facility that permits his meaningful access to counsel and appearance at his scheduled custody redetermination hearing." (*Id.* at 3). Petitioner also asks that Respondent be ordered to disclose Petitioner's current location to his counsel and ensure Petitioner's appearance at a custody redetermination hearing scheduled for 1:00 p.m. today, May 14, 2026. (*Id.*). Petitioner's counsel suspects Petitioner's detention status has been changed because his partner did not hear from him yesterday, and he no longer appears in ICE's online detainee locator system. (*Id.* at 2).

Upon review, the Court finds that the Amended Motion fails to comply with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Middle District of Florida.  Specifically, the Amended Motion does not include a written certification regarding "any efforts made to give notice [to Respondents] and the reasons why it should not be required," Fed. R. Civ. P. 65(b)(1)(B), "a precise and verified explanation of the amount of the required security," a supporting legal memorandum, or a proposed order, M.D. Fla. R. 6.01(a)(4), (6); Fed. R. Civ. P. 65(c).

Accordingly, it is **ORDERED**:

1. Petitioner's Amended Motion (Doc. 11) is **DENIED without prejudice**. Should Petitioner choose to refile his request, he must ensure full compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

2. However, in the interest of facilitating the progression of this case, Respondent must provide Petitioner's counsel with Petitioner's current location by **5:00 p.m.** on **Friday, May 15, 2026**.

3. Petitioner's original Motion (Doc. 8) is **DENIED as moot**.

4. The **Clerk** shall send a copy of this Order by e-mail to the United States Attorney for the Middle District of Florida (USAFLM.JAX.Civil.NewCases@usdoj.gov).

**DONE AND ORDERED** in Jacksonville, Florida, on May 14, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-6
c:    Counsel of Record

3