**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IGMA E CORTES CORTEZ,

Petitioner,

v. Case No. 3:26-cv-544-WWB-PDB

FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

---

**ORDER**

On May 29, 2026, the Court granted the Petition to the extent that it ordered Respondent to either (1) provide Petitioner with a bond hearing; or (2) release her from custody. (Doc. 20). Petitioner has now filed an Emergency Motion to Enforce Judgment ("**Motion**," Doc. 23). She argues that Respondent did not comply with the Court's May 29, 2026 Order because, while they technically held a bond hearing, the immigration judge ("**IJ**") did not conduct a "meaningful" individualized review before denying bond based on Petitioner being a "flight risk." (*Id.* at 2–3).

Respondent filed a response opposing the Motion, arguing that a challenge to the IJ's discretionary bond decision is not proper for a habeas proceeding and this Court lacks jurisdiction to consider Petitioner's challenge. (Doc. 25). To that end, they contend the Motion should be denied. (*Id.*).

The Court agrees. Indeed, this Court lacks jurisdiction to sit in review of an IJ's discretionary finding that an alien is a flight risk and therefore should be denied bond.

*See Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 678–79 (W.D. Tex. 2025) (citing 8 U.S.C. § 1226(e)). Here, Petitioner was provided with a bond hearing, and nothing suggests that the IJ failed to make factual findings or conduct an individualized determination. To the extent Petitioner disagrees with the IJ's determination, she may file an appeal with the Board of Immigration Appeals or request a custody redetermination. Whether the Court agrees with the IJ's flight risk determination is of no importance—the Court simply lacks jurisdiction to review such a discretionary finding. *See Lopez-Arevelo*, 801 F. Supp. 3d at 678–79.

Accordingly, it is **ORDERED** that Petitioner's Emergency Motion to Enforce Judgment (Doc. 23) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, on August 18, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7

C: counsel of record